Petition for Writ of
Mandamus Denied and Memorandum Opinion filed March 3, 2010.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00204-CV

____________

 

IN RE RAPID SETTLEMENTS, LTD., Relator

 

 

 



ORIGINAL PROCEEDING

WRIT OF MANDAMUS

 

 

 



M E M O R
A N D U M   O P I N I O N

            On March 3, 2010, relator Rapid Settlements, Ltd. filed a
petition for writ of mandamus in this court. See Tex. Gov’t Code Ann. §
22.221 (Vernon 2004); see also Tex. R. App. P. 52. In the petition,
relator asked this court to compel the Honorable Patricia Hancock, presiding
judge of the 113th District Court of Harris County, to set aside her February
22, 2010, order compelling the deposition of relator’s corporate representative,
compelling the production of documents, and awarding sanctions, entered in
trial court cause number 2006-23366A. Relator also filed an emergency motion to
stay the trial court’s order during the pendency of this proceeding. See
Tex. R. App. P. 52.10.

            Relator has not established that it is entitled to mandamus
relief. Accordingly, we 

deny relator’s petition for writ of mandamus and emergency motion for
stay. 

 

                                                                        PER
CURIAM

 

Panel
consists of Chief Justice Hedges and Justices Anderson and Christopher.